UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH BURNETT,<br><br>Defendant. | CASE NO. CR02-162-RSL<br><br>SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

## INTRODUCTION

I conducted a revocation of supervised release evidentiary hearing in this case on July 2, 2007. The United States was represented by Katheryn Frierson. The defendant was represented by Walter Palmer.

## CONVICTION AND SENTENCE

Defendant had been convicted of Carrying and Possessing a Firearm in the Furtherance of a Drug Trafficking Crime, on or about October 24, 2002. The Hon. Robert S. Lasnik of this court sentenced Defendant to sixty months of confinement, followed by three years of supervised release.

The conditions of supervised release included requirements that defendant comply

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1-

with the standard 13 conditions.

## DEFENDANT'S ADMISSION

USPO Jerrod Akins alleged that Defendant violated the conditions of supervised release in the following respects:

(1) Consuming alcohol on or before May 18, 2007, in violation of the special condition that he abstain from the use of alcohol.

(2) Consuming alcohol on or before May 29, 2007, in violation of the special condition that he abstain from the use of alcohol.

(3) Consuming cocaine on May 29, 2007, in violation of standard condition no. 7.

(4) Failing to report as instructed on May 31 and June 1, 2007, in violation of standard condition no. 2.

(5) Consuming cocaine on or before June 4, 2007, in violation of standard condition no. 7.

(6) Consuming cocaine on or before June 5, 2007, in violation of standard condition no. 7.

(7) Failing to report as instructed on June 11, 2007, in violation of standard condition no. 2.

I advised the defendant of these charges and of his constitutional rights. At today's hearing Defendant admitted to the violations and consented to having the matter set for a disposition hearing before the Hon. Robert S. Lasnik.

//

//

//

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2-

RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that the defendant has violated the conditions of his supervised release as alleged and set the matter for a disposition hearing.

Defendant shall remain detained pending a final determination by the Court.

DATED this 2nd day of July, 2007.

_____
MONICA J. BENTON
United States Magistrate Judge

cc: Sentencing Judge       : Hon. Robert S. Lasnik
    Assistant U.S. Attorney : Katheryn Frierson
    Defense Attorney       : Walter Palmer
    U. S. Probation Officer : Jerrod Akins

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3-