UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH BURNETT,<br><br>Defendant. | CASE NO. CR02-162-RSL<br><br>SUMMARY REPORT OF U.S.<br>MAGISTRATE JUDGE<br>AS TO ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on December 4, 2007. The United States was represented by Lawrence Lincoln. The defendant was represented by Walter Palmer.

## CONVICTION AND SENTENCE

Defendant had been convicted of Carrying and Possessing a Firearm in the Furtherance of a Drug Trafficking Crime on or about October 3, 2007. The Honorable Robert S. Lasnik of this court sentenced Defendant to 60 of confinement, followed by 3 years of supervised release. The conditions of supervised release included requirements that defendant comply with the standard 13 conditions.

## DEFENDANT'S ADMISSION

U.S. Probation Officer Andrea Porter for Jerrod Akins alleged that Defendant violated the conditions of supervised release in the following respects:

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1-

(1) Consuming cocaine on or before October 3, 2007, in violation of standard condition no. 7;

(2) Failing to be truthful with the probation officer on October 3, 2007, in violation of standard condition no. 3;

(3) Failing to report as instructed on October 2 and October 9, 2007, in violation of the special condition instructing him to participate as instructed in a program approved by the probation office for the treatment of narcotic addition, drug dependency, or substance abuse, which may include testing to determine if the defendant has reverted to the use of drugs or alcohol.

I advised the defendant of these charges and of his constitutional rights. Mr. Burnett admitted violations 1-3, waived any hearing as to whether they occurred, and consented to having the matter set for a disposition hearing.

RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that Defendant has violated the conditions of his supervised release as alleged and set the matter for a disposition hearing.

Defendant has been detained pending a final determination by the Court.

DATED this 5th day of December, 2007.

MONICA J. BENTON
United States Magistrate Judge

cc: Sentencing Judge        :   Hon. Robert S. Lasnik
    Assistant U.S. Attorney :   Lawrence Lincoln
    Defense Attorney        :   Walter Palmer
    U. S. Probation Officer :   Jerrod Akins

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2-